# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

January 9, 2015

Clerk
Court of Appeals of Texas, Fourteenth District
301 Fannin, Suite 245
Houston, TX  77002

FILED IN
Scott S. Harris
Clerk of the Court
14th COURT OF APPEALS
HOUSTON, TEXAS

JAN 13 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
1-9-15

Re: Zajahn Antonio Johnson
v. Texas
No. 14-7896
(Your No. 14-12-00319-CR)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 8, 2014 and placed on the docket January 9, 2015 as No. 14-7896.

Sincerely,

Scott S. Harris, Clerk

by

Andrew Downs
Case Analyst